OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**
**CLERK**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



November 27, 2023

Ricky Miller
Rockview SCI
Box A
Bellefonte, PA 16823

RE: Ricky Miller v. George Little, et al
Case Number: 23-2037
District Court Case Number: 3-21-cv-01941

Dear Ricky Miller,

    This is in response to your letter, dated November 17, 2023, advising the Court that you have received the Clerk's letter dated November 13, 2023.

Your newly filed motion to lift the stay of appeal was received and is currently pending along with your previously received request. An updated copy of the docket sheet is enclosed. You will receive a copy of any order when issued.

Very truly yours,
Patricia S. Dodszuweit, Clerk

By: s/ Caitlyn
Case Manager
267-299-4956

Cc:    Howard G. Hopkirk, Esq.