OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE

215-597-2995



January 8, 2024

Ricky Miller
Rockview SCI
Box A
Bellefonte, PA 16823

RE: Ricky Miller v. George Little, et al
Docket No.: 23-2037

Dear Mr. Miller:

This will acknowledge receipt on 01/02/2024 of your letter dated 12/26/2023 in the above-captioned case.

Cases and motions are submitted to panels of the Court, to the extent possible, in the order in which they are filed. The length of time that a case may be pending before submission varies in light of a number of factors including the complexity of the case, the number and frequency of submissions made in the case, and the internal workload of the Court. You will be sent a copy of any order issued in this matter.

Very truly yours,

 s/ James King
Case Manager
Direct Dial 267-299-4958